IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>CEDU SCHOOL, INC.<br><br>Debtor(s) | CASE NO. 05-10845 (MFW)<br><br>CHAPTER 7<br><br>RE: Docket No. 29, 31 |

## ORDER

AND NOW, on this ___3d___ day of ___February___, 2014, upon consideration of Trustee George L. Miller's Motion to Deposit Unclaimed Funds in the Court Registry, it is hereby:

**ORDERED**, that the Motion is GRANTED and it is further ORDERED that the funds in the amount of $1,406.62 representing unclaimed payments will be deposited in the Court Registry as follows.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 245 | Cathy Sueppel<br>PO Box 296<br>Running Springs, CA 92382 | $600.19 | $434.24 |
| 230 | Mary Vanos<br>PO Box 818<br>Big Bear Lake, CA 92315 | $1,344.00 | $972.38 |
| | **Total Unclaimed Dividends** | | $1,406.62 |

BY THE COURT:

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge

LEGAL\18147244\2