# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 05-10845-MFW |
| Cedu School, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS

COMES NOW the claimant, Dilks & Knopik, LLC, attorney-in-fact for Tracey Keenau, claimant, claimant, hereby petitions the Court for $972.38, which is the sum of all monies being held in the registry of this court as unclaimed funds, which are due to Mary Vanos, creditor. A dividend check in the amount totaling $972.38 was not negotiated by the creditor and the Trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, US Bankruptcy Court.

The creditor did not receive the dividend check in the above case for the following reason:

The original dividend check was sent to a Mary Vanos at PO Box 818, Big Bear Lake, CA 92315. That address is no longer valid. The current address is listed below. Mary Vanos is now known as Tracey Keenan, as evidenced by Exhibit A.

The creditor's current mailing address, phone and social security/tax identification number are:

> Tracey Keenau
> Tracey Keenau
> 9852 Oakwood Cir
> Villa Park, CA 92861
> Last four digits of SSN/TIN: xxx-xx-0467

Claimant now seeks to recover the funds from the Court's Registry. Wherefore, claimant prays that, upon proper notice to the U.S. Attorney's Office, the Court order that a check in the amount of $972.38 made payable to Tracey Keenau c/o Dilks & Knopik, LLC be issued from the Court's Registry.

Dated: May 29, 2014    Respectfully Submitted: _____

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Tracey Keenau
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 5/29/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

_____
Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 05-10845-MFW |
| Cedu School, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

## CERTIFICATE OF SERVICE

I, Brian J. Dilks, Managing Member of Dilks & Knopik, LLC, the undersigned, do declare that on May 29, 2014, I served the within Application for the Recovery of Unclaimed Funds to the US Attorney and US Trustee listed below.

I further declare that I served a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

U.S. Attorney's Office
1201 Market Street, Ste 1100
PO Box 2046
Wilmington, DE 19899-2046

US Trustee's Office
844 King Street, Suite 2207
Wilmington, DE 19801

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 29, 2014        Respectfully Submitted:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC, Attorney in Fact for
Tracey Keenau
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

On 5/29/2014 before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Andrew T. Drake, Notary Public
for the State of Washington, County of King
My Commission Expires: August 9, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| RE: Cedu School, Inc.<br><br>Debtor(s) | Case: 05-10845-MFW<br><br>**AUTHORITY TO ACT**<br>**Limited Power of Attorney**<br>**LIMITED TO ONE TRANSACTION** |

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Mary Vanos** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$972.38** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_Tracey Keenan_                             _5-8-_____, 20_14_
~~Mary Vanos~~                                     Date
    Tracey Keenan

Tax ID: XXX-XX-_____

**ACKNOWLEDGMENT**  *pl. see attached CA. All*
STATE OF _____ )               COUNTY OF __Turpose__ Acknowledges

On this _____ day of _____, _____, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Mary Vanos known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _____

My Commission expires _____

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

State of California

County of _Orange_

On _5/6/2014_ before me, _Suketu R. Bhatt, Notary Public_,
   Date                                        Here Insert Name and Title of the Officer

personally appeared _Tracey Keenan_
                                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____
                  Signature of Notary Public

[Notary Seal: SUKETU R. BHATT, Commission # 1934019, Notary Public - California, Orange County, My Comm. Expires May 23, 2015]

Place Notary Seal Above

—————— *OPTIONAL* ——————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _Auth. to Act. Ltd. P.O.A_

Document Date: _____    Number of Pages: _1_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☑ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2012 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907



NC-130

| PETITIONER OR ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Mary Therese Vanos<br>9852 Oakwood Circle<br>Villa Park, California 92861<br>TELEPHONE NO. (323) 370-3376    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Self-Represented | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br><br>JUL 18 2013 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 341 The City Drive<br>MAILING ADDRESS: SAME<br>CITY AND ZIP CODE: Orange 92868<br>BRANCH NAME: Lamoreaux Justice Center | |
| PETITION OF (Name of each petitioner):<br>Mary Therese Vanos           FOR CHANGE OF NAME | 30-2013-00649912-<br>PR-OP-LJC |
| **DECREE CHANGING NAME** | |

1. The petition was duly considered:
   a. ☑ at the hearing on (date):           in Courtroom:           of the above-entitled court.
   b. ☑ without hearing.

**THE COURT FINDS**

2. a. All notices required by law have been given.
   b. Each person whose name is to be changed identified in item 3 below
      (1) ☑ is not    ☐ is under the jurisdiction of the Department of Corrections, and
      (2) ☑ is not    ☐ is required to register as a sex offender under section 290 of the Penal Code.
      These determinations were made    ☐ by using CLETS/CJIS    ☐ based on information provided to the clerk of the court by a local law enforcement agency.
   c. ☑ No objections to the proposed change of name were made.
   d. ☐ Objections to the proposed change of name were made by (name):

   e. it appears to the satisfaction of the court that all the allegations in the petition are true and sufficient and that the petition should be granted.
   f. ☐ Other findings (if any):

**THE COURT ORDERS**

3. The name of

| | Present name | | New name |
|---|---|---|---|
| a. | Mary Therese Vanos | is changed to | Tracey Keenan |
| b. | _____ | is changed to | _____ |
| c. | _____ | is changed to | _____ |
| d. | _____ | is changed to | _____ |
| e. | _____ | is changed to | _____ |

☐ Additional name changes are listed on Attachment 3.

Date: JUL 18 2013

_Charles Margines_ (signature)

JUDGE OF THE SUPERIOR COURT
☐ SIGNATURE OF JUDGE FOLLOWS LAST ATTACHMENT

CHARLES MARGINES

Form Adopted for Mandatory Use
Judicial Council of California
NC-130 [Rev. July 1, 2007]

**DECREE CHANGING NAME**
(Change of Name)

Code of Civil Procedure, §§ 1278, 1279

Exhibit **A**

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** **2004** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|

For the year Jan 1 - Dec 31, 2004, or other tax year beginning , 2004, ending , 20   OMB No. 1545-0074

**Label** (See instructions.)
Your first name: STEPHEN   MI: M   Last name: VANOS
Your social security number: [redacted]

**Use the IRS label. Otherwise, please print or type.**
If a joint return, spouse's first name: MARY THERESE   Last name: VANOS
Spouse's social security number: [redacted]-0467

Home address (number and street). If you have a P.O. box, see instructions.
P.O. BOX 818   Apartment no.

▲ **Important!** ▲
You **must** enter your social security number(s) above.

City, town or post office. If you have a foreign address, see instructions.
BIG BEAR LAKE   State: CA   ZIP code: 92315

**Presidential Election Campaign** (See instructions.)
▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? .........▶
You: ☐ Yes  ☐ No      Spouse: ☐ Yes  ☐ No

**Filing Status**
Check only one box.
1 ☐ Single
2 ☒ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5 ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a ............
b ☒ Spouse ....................................
Boxes checked on 6a and 6b: 2

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| DYLAN VANOS | [redacted] | Son | ☒ |
| LEON VANOS | [redacted] | Son | ☒ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
• lived with you: 2
• did not live with you due to divorce or separation (see instrs)
Dependents on 6c not entered above
Add numbers on lines above ▶ 4

If more than four dependents, see instructions.

d Total number of exemptions claimed ....................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

7  Wages, salaries, tips, etc. Attach Form(s) W-2 ........................... 7  [redacted]
8a Taxable interest. Attach Schedule B if required ......................... 8a
 b Tax-exempt interest. **Do not** include on line 8a .... 8b
9a Ordinary dividends. Attach Schedule B if required ...................... 9a
 b Qualfd divs (see instrs) .... 9b
10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ... 10  [redacted]
11 Alimony received ........................................................ 11
12 Business income or (loss). Attach Schedule C or C-EZ .................. 12
13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ ... 13  [redacted]
14 Other gains or (losses). Attach Form 4797 ............................. 14
15a IRA distributions ...... 15a    b Taxable amount (see instrs) .. 15b
16a Pensions and annuities ... 16a    b Taxable amount (see instrs) .. 16b
17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ... 17
18 Farm income or (loss). Attach Schedule F ............................. 18
19 Unemployment compensation ......................................... 19  [redacted]
20a Social security benefits ... 20a    b Taxable amount (see instrs) .. 20b
21 Other income ........................................................... 21
22 Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ 22  [redacted]

**Adjusted Gross Income**

23 Educator expenses (see instructions) ......................... 23
24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ........... 24
25 IRA deduction (see instructions) .............................. 25
26 Student loan interest deduction (see instructions) ............ 26
27 Tuition and fees deduction (see instructions) ................. 27
28 Health savings account deduction. Attach Form 8889 ........... 28
29 Moving expenses. Attach Form 3903 ........................... 29
30 One-half of self-employment tax. Attach Schedule SE ......... 30
31 Self-employed health insurance deduction (see instrs) ........ 31
32 Self-employed SEP, SIMPLE, and qualified plans ............... 32
33 Penalty on early withdrawal of savings ....................... 33
34a Alimony paid  b Recipient's SSN .... ▶ _____ 34a
35 Add lines 23 through 34a ........................................... 35
36 Subtract line 35 from line 22. This is your **adjusted gross income** ......▶ 36  [redacted]

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112   11/10/04   Form 1040 (2004)

Proof of Address
Page __1__ of __1__

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 05-10845-MFW |
| Cedu School, Inc. | § | |
| | § | |
| DEBTOR. | § | |
| | § | |

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Mary Vanos, in the amount of $972.38 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Tracey Keenau C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $972.38, to:

Tracey Keenau
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.


Dated: _____                                     _____
                                                         United States Bankruptcy Judge